# United States Court of Appeals for the Federal Circuit

---

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant*

**WHEATLAND TUBE COMPANY,**
*Defendant-Appellant*

---

2022-2181

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00133-SAV, Judge Stephen A. Vaden.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

May 15, 2024
Date

Jarrett B. Perlow
Clerk of Court