NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**WHEATLAND TUBE COMPANY,**
*Defendant-Appellant*

2022-2181

Appeal from the United States Court of International Trade in No. 1:20-cv-00133-SAV, Judge Stephen A. Vaden.

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

---

[1] Circuit Judge Newman did not participate.

Per Curiam.

# O R D E R

Saha Thai Steel Pipe Public Company Limited filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

It Is Ordered That:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue July 31, 2024.

For the Court

July 24, 2024
Date

Jarrett B. Perlow
Clerk of Court