# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 30, 2024

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

RECEIVED
OCT 07 2024
United States Court of Appeals
For the Federal Circuit

Re: Saha Thai Steel Pipe Public Company Limited
v. Wheatland Tube Company
Application No. 24A289
(Your No. 22-2181)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on September 30, 2024, extended the time to and including December 21, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Emily Walker
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Juan Otoniel Perla
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave NW Suite 1300
Washington, D.C., NY 20006

Mr. Jeffrey David Gerrish
Schagrin Associates
900 7th Street, NW
Washington, DC 20001

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
FIRST-CLASS MAIL
10/01/2024
US POSTAGE $000.69⁰
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601