# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 30, 2024

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

Re:  Saha Thai Steel Pipe Public Company Limited
v. Wheatland Tube Company
No. 24-696
(Your No. 2022-2181)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 20, 2024 and placed on the docket December 30, 2024 as No. 24-696.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst